Assalamualaykum brother. May allah shower you with his mercies and may allah be the second one with you in your cell. Jazak Allah for saying to the Lt brother now you see why we were going to sacrifice all for the sake of allah in jihad. the prophet said "fight in the way of allah first with the mouth then with the sword." subhanallah we weren't able to finish. here is that Dua for you brother: Ya Mukal libal Quloobi thabit Qalbi Ala deenika. Rasulallah said whoever says this will be forgiven and his prayer will be answered.

   May allah give you a beautiful benefit from this dua.

       Salamualaykum

       Sulaymen