As-Salaamu Alaikum!

I pray that as this letter reaches your hands it finds you safe and remaining firm on the Sunnah Mustaqeem. I spoke to the LT about the library thing and he said that he was going to talk to ___ Insha Allah. He will take care of that for you. It is crazy how they are treating you _ guard. Stay strong Ako!

Have you got that Dua for me yet? I think that they might move you soon so try to get it to me or soon they move you Insha Allah.

Your Bro

Wa Alaikum As-Salaam