Captain Kroovi:

Look captain I don't know why the fuck I am writing this letter to you looking into this shit because then goes against everything I believe in. Anyhow look, if I had some really damaging information on someones case and wanted to "talk" how would I go about it? how would I contact the people I need to talk to? Last week Duka sent to cell wrote me a kite, in response to a kite I wrote to him, and in the kite he said to me "now you see why we were going to sacrifice all for the sake of allah in jihad." I saved the kite and have been debating on whether or not to say anything about it for a week now. This is a fucked up situation because one side of me is saying "fuck that what are you doing you ain't no fucking rat" but the other side wants to talk to someone and see if this can help them and in turn help me. I just want to talk to someone before I change my mind. How can I do this?

Please be discreet captain.