Case 1:07-cr-00459-CPO   Document 188-1   Filed 07/18/08   Page 1 of 1 PageID: 2523

**DOCUMENT ELECTRONICALLY FILED**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2008, I caused the foregoing Opposition to**:** (A) Eljvir Duka's Motion to Dismiss Count 1 of the Superseding Indictment; and (B) Dritan Duka's Motion to Dismiss Counts 1, 2, 3, 5, 6, and 7 of the Superseding Indictment to be served on the following counsel via electronic filing and first class mail:

Rocco Cipparone, Esquire
203-205 Black Horse Pike
Haddon Heights, NJ 08035

Troy Archie, Esquire
Old Firehouse #6
339 Front Street, Suite D
Camden, NJ 08102

Richard Sparaco, Esquire
Law Office of Richard Sparaco
1920 Fairfax Avenue
Cherry Hill, NJ 08003

Michael N. Huff, Esquire
1333 Race Street
Philadelphia, PA 19107

Michael Riley, Esquire
The Washington House
100 High Street, Suite 103
Mount Holly, NJ 08060

                                                s/ NORMAN GROSS
                              BY:   NORMAN GROSS
                                          Assistant U.S. Attorney