IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 07-459 (RBK) |
| v. : | |
| : | |
| MOHAMAD IBRAHIM SHNEWER, : | |
| DRITAN DUKA, : | |
|   a/k/a "Distan Duka," : | |
|   a/k/a "Anthony Duka," : | |
|   a/k/a "Tony Duka," : | **SUPPLEMENTAL OPINION** |
| ELJVIR DUKA, : | |
|   a/k/a "Elvis Duka," : | |
|   a/k/a "Sulayman," : | |
| SHAIN DUKA, and : | |
| SERDAR TATAR : | |

FILED
AUG 15 2008
AT 8:30 ___
WILLIAM T. WALSH  M
CLERK

**KUGLER**, United States District Judge: