CONCLUSION

The United States respectfully submits the foregoing initial requests to charge, and requests leave to submit additional or supplementary requests if warranted by subsequent developments during trial.

                                Respectfully submitted,

                                RALPH J. MARRA, JR.
                                ACTING UNITED STATES ATTORNEY

                                <u>s/Norman Gross</u>

                                BY: NORMAN GROSS
                                       ASSISTANT U.S. ATTORNEY

Dated:    Camden, New Jersey
            December 8, 2008

**CERTIFICATE OF SERVICE**

    I certify that I caused a copy of the foregoing proposed Requests to Charge to be served upon the following persons via electronic filing:

**ROCCO C. CIPPARONE, JR.**
Law Office of Rocco C. Cipparone, Jr.
203-205 Black Horse Pike
Haddon Heights, NJ 08035
(856) 547-2100
Email: cipparonelaw@aol.com
attorney for **MOHAMAD IBRAHIM SHNEWER**

**MICHAEL E. RILEY**
Law Offices of Michael E. Riley
The Washington House
100 High Street
Suite 103
Mount Holly, NJ 08060
(609) 914-0300
Email: rileylifrak@aol.com
attorney for **SHAIN DUKA**

**MICHAEL N. HUFF**
1333 Race Street
Philadelphia, PA 19107
(215) 567-2120
Email: mnhuff409@hotmail.com
attorney for **DRITAN DUKA**

**RICHARD SPARACO**
1920 Fairfax Avenue
Cherry Hill, NJ 08003
(856) 751-8888
Email: rs@enjlawyer.com
attorney for **SERDAR TATAR**

**TROY A. ARCHIE**
Old Firehouse #6
339 Front Street
Suite A
Camden, NJ 08102
(856) 964-5300
Fax: (856) 964-5464
Email: troylaw@msn.com
attorney for **ELJVIR DUKA**

    I declare under penalty of perjury that the foregoing is true and correct.

                      /s Norman Gross
                      NORMAN GROSS
                      Assistant United States Attorney

Dated:    December 8, 2008
           Camden, New Jersey