UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 12/16/08

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr./Frank Gable
**OTHERS:**  **DOCKET NO:** CR #07-459
**TITLE OF CASE:**

UNITED STATES OF AMERICA
    (vs)
MOHAMAD IBRAHIM SHNEWER, ET AL.

**APPEARANCES:**
William Fitzpatrick, AUSA for Gov.'t.
Michael Hammer, AUSA for Gov.'t.
Rocco C. Cipparone, Esq. for deft. Shnewer
Michael N. Huff, Esq. for Dritan Duka
Troy A. Archie, Esq. for deft. Eljvir Duka
Michael E. Riley, Esq. for deft. Shain Duka
Richard Sparaco, Esq. for deft. Serdar Tatar
(Defts. Present)

**NATURE OF PROCEEDINGS:** - TRIAL W/JURY CONTINUED BEFORE THE HON. ROBERT B. KUGLER, U.S.D.J.

ORDERED lunch provided to Jurors @ expense of the U.S.

Michael N. Huff, Esq. summed for deft. deft. Dritan Duka
Troy Archie, Esq. summed for deft. Eljvir Duka
Michael E. Riley, Esq. summed for deft. Shain Duka
Richard Sparaco, Esq. summed for deft. Serdar Tatar
William Fitzpatrick, AUSA summed for Gov.'t. on rebuttal

FINAL INSTRUCTIONS BY THE COURT

ORDERED Marshal sworn; Marshal William M. Pugh sworn.

TRIAL W/JURY ADJOURNED UNTIL 12/17/08 @ 9:30 AM.

Deputy Clerk

Time Commenced: 9:45AM   Time Adjourned: 6:15 PM