7cr459

RE: Mohamed Shnewer                                                    4/9/20

Dear Judge Kugler,

RECEIVED
APR 23 2020
AT 8:30
WILLIAM T. WALSH CLERK

I hope and that and your family are in good health in these trying times. As for myself I'm blessed despite the hardship.

I'm writing you in these difficult times because I feel this is a time of clarity and a good time to meditate on any given subject. People have a tendecy to analyze things more thoroughly and have better priorities in such times when one is isolated from the extra noise.

To put things in context I was 24 yrs. old when you sentenced me, and only 22 when I was arrested. The time the FBI got involved in ivestigating us I was 19 and the informant they decided was almost twice my age. I don't blame the process, nor the FBI or their informant.

For me it was a perfect storm, I was confused about where I was in life. Financial difficulties were hurting my family and I,

-1-

I wasn't doing too well as a college student and I had been recently heart-broken.

With that being said I wasn't all too happy with the events in the Middle East. More pointedly towards the Isreali occupation of my Homeland Palestine. My father had suffered greatly at the hands of the Isrealis and I was witnessing first hand the affect it had on him and his family.

Despite that we lived a blessed life here in the safety of the U.S. When Mr. Omar was introduced to me and along the way I was exposed to more Jihadi videos than I would've been on my own. These videos, along with my lack of true knowledge of my religion, and the push of Mr. Omar I said somethings I deeply regret. Most of all while incarcerated I met some very knowledgeable men in my religion and they admonished me whenever I uttered anything they percieved to be extreme.

As Allah is my witness I wish I had met their like while I was free

because I would've been steered towards a true Islamic life.

I say that because in my culture we have a great regard for one who is older than yourself. Mr. Omar knew this, and he understood that although I was saying things to go along with him, my lack of forwarding the objective spoke the truth, whereas, the words I uttered out my mouth were lies.

I'd like you to ponder on this review the extensive record if you wish, and you'll come to the correct conclusion Inshallah (God willing).

I'm pleading to your sensibility and your compassion and I humbly request that you end my families hardship along with my own hardship. I hope that you and your loved ones remain safe and healthy. Have a blessed holiday.

Sincerely,

Mohamed Shnewer
61283066