UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ROBERT B. KUGLER** <br> **UNITED STATES DISTRICT JUDGE** | **MITCHELL H. COHEN U.S. COURTHOUSE** <br> 1 John F. Gerry Plaza – Room 6040 <br> Camden, NJ  08101 <br> 856-757-5019 |

May 4, 2020

Mohamed Shnewer, #61283-066
USP Terre Haute
U.S. Penitentiary
P.O. Box 33
Terre Haute, IN 47808

Re:   USA v. Mohamad Ibrahim Shnewer
        Criminal No. 07-459(RBK)

Dear Mr. Shnewer:

I received your letter of April 9, 2020, and am not sure what you wish me to do.   If you are seeking a reduced sentence, please understand the court has very little ability to change your sentence at this time.

If you seek to take advantage of the few legal avenues for a reduction of your sentence, please file a written motion pursuant to those laws.

Thank you.

                                                            Very truly yours,

                                                            <u>s/Robert B. Kugler</u>

RBK:mg                                                 ROBERT B. KUGLER
                                                            United States District Judge