

**RETINA HEALTH SERIES | Facts from the ASRS**

**The Foundation**
American Society of Retina Specialists

*Committed to improving
the quality of life of all people
with retinal disease.*

# Central Serous Chorioretinopathy

Central serous chorioretinopathy, commonly referred to as *CSC*, is a condition in which fluid accumulates under the retina, causing a serous (fluid-filled) detachment and vision loss.

CSC most often occurs in young and middle-aged adults. For unknown reasons, men develop this condition more commonly than women. Vision loss is usually temporary but sometimes can become chronic or recur.



Color fundus photograph of left eye of a 33-year-old man with bilateral CSC.
Mallika Goyal, MD, Apollo Health City, India. Central serous chorioretinopathy.
Retina Image Bank 2012; Image 2117. ©American Society of Retina Specialists.

**SYMPTOMS**
..................................

**Blurry central vision**, which often occurs in one eye, is the most common symptom that patients experience; however, careful examination often reveals some involvement in the other eye as well.

Depending on the location and amount of sub-retinal fluid, CSC can show no symptoms, especially if the affected areas fall outside of the *macula*—the part of the retina used to distinguish fine detail for activities like reading and recognizing faces. ●

**WHAT IS THE RETINA?**



Vitreous gel
Iris
Cornea
Fovea
Pupil
Lens
Optic nerve
Retina

**THE RETINA** is a thin layer of light-sensitive nerve tissue that lines the back of the eye (or vitreous) cavity. When light enters the eye, it passes through the iris to the retina where images are focused and converted to electrical impulses that are carried by the optic nerve to the brain resulting in sight.

**Causes:** The causes of CSC are not fully understood. It is thought that any systemic exposure to a corticosteroid drug can bring about or worsen CSC. Corticosteroids are found in allergy nose sprays and anti-inflammatory skin creams available over the counter, and are often prescribed to treat a variety of medical conditions.

An association has also been made between CSC and patients with emotional distress and/or "type A" personalities. It is possible that the body produces natural corticosteroids in times of stress that may trigger CSC in an individual prone to this condition.

**Risk Factors:** About half of patients diagnosed with CSC have at least one relative with findings of the disease on retinal examination. This indicates that there may be a genetic tendency; however, no specific inheritance pattern has been identified.

Patients with high blood pressure or heart disease, and those with a current or recent pregnancy have been shown to have a higher risk of developing CSC.
*continued next page*

Copyright 2016 The Foundation of the American Society of Retina Specialists. All rights reserved.**savingvision.org** | 20 North Wacker Drive, Suite 2030, Chicago, IL 60606 | (312) 578-8760

## Central Serous Chorioretinopathy *continued from previous page*



**Figure 1**
Enhanced depth imaging (EDI-OCT) scan of the choroid of a patient with CSC with fibrin.
Edwin H. Ryan, MD, VitreoRetinal Surgery PA. Retina Image Bank 2012; Image 1420.
©American Society of Retina Specialists.

Beyond corticosteroids, there is evidence that other drugs including stimulants, decongestants, erectile dysfunction medications, and some anti-cancer agents may trigger CSC. Be sure to tell your doctor about any medication you are taking.

**Diagnostic Testing:** Your doctor will conduct a complete dilated eye examination in both eyes, and will obtain imaging of the retina. Retinal photographs may be taken to document the appearance of disease.

Optical coherence tomography (OCT) is a retinal scan that is very helpful in diagnosing CSC; it enables your doctor to see the retina at the microscopic level. This makes it possible to identify very small pockets of fluid or retinal scarring (once the fluid has subsided) in acute or chronic CSC *(Figure 1)*.

Fluorescein angiography is a test in which a dye is injected into a patient's arm vein and pictures are taken of each eye to detect characteristic leakage of the dye beneath the patient's retina. This test, along with OCT, allows your doctor to make the diagnosis of CSC and to distinguish it from other retinal diseases causing fluid in the macula.

**Treatment and Prognosis:** CSC is typically a self-limiting disease, and visual recovery usually occurs within a few weeks to months without treatment.

Patients who are taking corticosteroids of any kind should discontinue their use if possible, but only after checking with their prescribing physician to ensure it is safe to stop. Suddenly discontinuing high-dose steroid medications can cause medical problems.

Several therapies have been used to treat chronic CSC, including thermal laser treatments, oral medications, and eye injections. A "cold laser," called photodynamic therapy, is also effective and often used to focally treat the source of fluid leakage under the retina in chronic CSC.

With photodynamic therapy, a drug called verteporfin is injected into the arm, where it travels to the eye. The verteporfin is activated by shining a special cold laser on the source of leakage in chronic CSC. It may also prevent future recurrences in some eyes.

Depending on the severity and timeline of your symptoms, your doctor will choose the best treatment option, which often begins with a trial of observation. Early detection of CSC is very helpful, and most eyes with CSC can be treated successfully to avoid permanent vision loss. ●

### THANK YOU TO THE RETINA HEALTH SERIES AUTHORS

Sophie J. Bakri, MD
Audina Berrocal, MD
Antonio Capone, Jr., MD
Netan Choudhry, MD, FRCS-C
Thomas Ciulla, MD, MBA
Pravin U. Dugel, MD
Geoffrey G. Emerson, MD, PhD
Roger A. Goldberg, MD, MBA
Darin R. Goldman, MD
Dilraj Grewal, MD
Larry Halperin, MD
Vincent S. Hau, MD, PhD
Suber S. Huang, MD, MBA
Mark S. Humayun, MD, PhD
Peter K. Kaiser, MD
M. Ali Khan, MD
Anat Loewenstein, MD
Mathew J. MacCumber, MD, PhD
Maya Maloney, MD
Hossein Nazari, MD
Oded Ohana, MD, MBA
George Parlitsis, MD
Jonathan L. Prenner, MD
Gilad Rabina, MD
Carl D. Regillo, MD, FACS
Andrew P. Schachat, MD
Michael Seider, MD
Eduardo Uchiyama, MD
Allen Z. Verne, MD
Yoshihiro Yonekawa, MD

### EDITOR
John T. Thompson, MD

### MEDICAL ILLUSTRATOR
Tim Hengst

Copyright 2016 The Foundation of the American Society of Retina Specialists. All rights reserved. **savingvision.org** | 20 North Wacker Drive, Suite 2030, Chicago, IL 60606 | (312) 578-8760



AMERICAN ACADEMY
OF OPHTHALMOLOGY®

Protecting Sight. Empowering Lives.®

# Central Serous Chorioretinopathy

## What is central serous chorioretinopathy?

Central serous chorioretinopathy is when fluid builds up under the retina. This can distort vision. The fluid leakage comes from a layer of tissue under the retina, called the choroid. There is another layer of cells called the retinal pigment epithelium (RPE). When the RPE doesn't work as it should, fluid builds up under the RPE. As a result, a small detachment forms under the retina, causing vision to become distorted.

Central serous chorioretinopathy usually affects just one eye at a time, but both eyes can be affected at the same time.

## What are central serous chorioretinopathy symptoms?

Symptoms of central serous chorioretinopathy can include:

- distorted, dimmed, or blurred central vision
- a dark area in your central vision
- straight lines may appear bent, crooked or irregular in your affected eye
- objects may appear smaller or further away than they are
- when you look at a white object, it may appear to have a brownish tinge or appear duller in color



Cornea    Lens    Retina    Macula

Iris    Optic nerve

## ◉ Eye Words to Know

**Retina:** Layer of nerve cells lining the back wall inside the eye. This layer senses light and sends signals to the brain so you can see.

**Choroid:** A layer of tissue in the back of the eye containing many blood vessels. The choroid is between the retina and the sclera (the white of the eye).

**Retinal pigment epithelium (RPE):** A layer of cells between the retina and the choroid. A healthy RPE prevents fluid leakage from the choroid.



**This image shows how central serous chorioretinopathy causes swelling in layers of the retina.**

## Who is at risk for central serous chorioretinopathy?

Men in their 30s to 50s are more likely to develop central serous chorioretinopathy than women. Stress is a major risk factor. People under a lot of stress may be more likely to develop central serous chorioretinopathy.

Other risk factors for central serous chorioretinopathy are:

- use of steroids (by mouth, through a vein or even inhaled)
- *helicobacter pylori* infection (a type of bacteria that can infect the stomach)
- autoimmune disease (when the body attacks its own tissues)
- sleep disturbances like insomnia (having trouble falling asleep or staying asleep)
- type A behavior (aggressive and competitive behavior)
- hypertension (high blood pressure)

## How is central serous chorioretinopathy diagnosed?

Your ophthalmologist dilates (widens) your eye with dilating eye drops to look at your retina.

He or she will then take special photographs of your eye. During fluorescein angiography, a dye is injected into a vein in your arm. The dye travels throughout the body, including your eyes. Your doctor takes photographs of your eye as the dye passes through the retinal blood vessels. The orange dye will show abnormal areas in your eye. This can help find areas with central serous chorioretinopathy.

Optical coherence tomography (OCT) also helps your doctor look at the retina. A machine scans the back of the eye and provides detailed three-dimensional pictures of the retina. This helps measure retinal thickness and find swelling of the retina.

## How is central serous chorioretinopathy treated?

Most cases of central serous chorioretinopathy clear up in one or two months without any treatment. During this time, your ophthalmologist will look at your eye to see if the liquid is going away. Sometimes there is severe vision loss or the leakage does not go away. In these cases, laser treatment or photodynamic therapy may be used. These treatments can seal the leak and restore vision.

Most people with central serous chorioretinopathy regain good vision even without treatment. But vision may not be as good as it was before the condition. About half of patients who have had

©2018 American Academy of Ophthalmology
Content last reviewed 09/18

central serous chorioretinopathy will have it return. It is important to have regular follow-up exams with your ophthalmologist. This is because long-term fluid accumulation can lead to permanent vision loss.

........................................................................

## Summary

Central serous chorioretinopathy is when fluid builds up under the retina. This causes swelling and distorts vision. Men are more likely than women to have central serous chorioretinopathy.

If you have central serous chorioretinopathy, your vision may appear blurry or dim. You may have a blind spot in your vision and objects may appear smaller or farther away than they are.

If your ophthalmologist thinks you have central serous chorioretinopathy, he or she will widen your eye with dilating eye drops. Special photographs will be taken to look for swelling in the back of the eye.

Most cases of central serous chorioretinopathy clear up without treatment. It is important to have regular follow-up appointments with your ophthalmologist. Your ophthalmologist will look at your eye to see if the fluid has gone away. If it does not, laser treatment or photodynamic therapy can help seal the leak.

If you have any questions about your eyes or your vision, speak with your ophthalmologist. He or she is committed to protecting your sight.

Get more information about central serous chorioretinopathy from EyeSmart—provided by the American Academy of Ophthalmology—at **aao.org/csr-link**.

**COMPLIMENTS OF:**

Highland retina Associates, LLC
Dr. Alexander Izad
1530 N. 7th St. Suit 502
Terre Haute, IN 47807
PH: 812-281-2608 FAX:812-281-26701

©2018 American Academy of Ophthalmology
Content last reviewed 09/18

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  SHNEWER, MOHAMAD IBRAHIM | | Reg #:  61283-066 |
| Date of Birth: | Sex:      M       Race:  WHITE | Facility:  THP |
| Encounter Date:  09/29/2020 10:00 | Provider:  Frank, Casey FNP | Unit:      E01 |

Mid Level Provider - Sick Call Note encounter performed at Housing Unit.

## SUBJECTIVE:

COMPLAINT   1          Provider:  Frank, Casey FNP

Chief Complaint:   Eyes/Vision Problems

Subjective:        Inmate with sick call sign up.
Upon arrival to cell, inmate reports, "I've had blurrier vision and pressure behind my left eye often since 2012. I wanted to make sure I'm scheduled to see the eye doctor still, because sometimes I get pressure to my left eye."
Denies acute visual change, current or recent ocular discomfort, floaters or flashing lights in visual field, visual field cut, or associated sx's.
PMH/health problems and labs reviewed in BEMR; see for details.
PMH significant for h/o Central Serous Retinopathy OS, Macular Edema OS-increasing, Epiretinal membrane OU

PLAN:
Onsite Optometry consult ordered; pending URC.
Ophthalmology consult ordered; pending URC.

Late entry due to institution maintenance with power outage.

Pain:              No

## OBJECTIVE:

### ROS Comments

General: Negative fever, chills, night sweats, weight loss, appetite change, or fatigue.
Integumentary: Negative rash, wound, or skin breakdown.
HEENT: Denies acute visual changes, watery eyes, runny nose, allergies, sinus pressure, or neck pain.
Neurological: CN 2-12 grossly intact. Negative dizziness, H/A, or weakness.
Endocrine: Negative polydipsia, polyphagia, or polyuria.
Psychiatric: Negative Mood Impaired, SI/HI, or anhedonia.
Lymphatics: Negative generalized lymphadenopathy.
Denies additional c.o. ROS reviewed and otherwise unremarkable.

### Exam Comments

Wearing mask and evaluated at cell due to COVID-19 Pandemic and institution lock down.
General: Affect Pleasant and cooperative.
Skin: WNL. Dry and intact.
Head: Symmetry of motor function, Atraumatic/Normocephalic.
Eyes: Extraocular Movements Intact Pupils normal appearing, PERRLA. b/l retinas: Unremarkable undilated retinal exam.
Nose: Patent nares without lesion.
Pharynx: Negative erythema, exudate, posterior lymph hyperplasia, or swelling. Patent airway.
Neck: WNL, supple, symmetric, trachea midline. Musculoskeletal WNL, full ROM.
Peripheral Vascular: General WNL. Negative edema.
Neurologic: Cranial Nerves (CN) intact grossly.
Psych: Negative flat affect. Conversing without difficulty.

## ASSESSMENT:

Examination of eyes and vision, V72.0 - Current

| Inmate Name: | SHNEWER, MOHAMAD IBRAHIM | | | | | Reg #: | 61283-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Race: WHITE | | Facility: | THP |
| Encounter Date: | 09/29/2020 10:00 | Provider: | Frank, Casey FNP | | | Unit: | E01 |

## PLAN:

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 11/06/2020 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Comprehensive | | | |
| Metabolic Profile (CMP) | | | |
| Labs requested to be reviewed by: | Wilson, William E. MD/CD | | |

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 12/16/2020 | 12/16/2020 | Routine | No | |

Subtype:

Offsite Ophthalmology Appt

Reason for Request:

Please schedule offsite Ophthalmology consult for follow up.

Provisional Diagnosis:

History of Central Serous Retinopathy OS, Macular Edema OS-increasing, Epiretinal membrane OU. Reports increasing blurry vision without pain for numerous months.

| Optometry | 11/16/2020 | 11/16/2020 | Routine | No | |
|---|---|---|---|---|---|

Subtype:

Onsite Optometry

Reason for Request:

Please schedule onsite Optometry.

Provisional Diagnosis:

History of Central Serous Retinopathy OS, Macular Edema OS-increasing, Epiretinal membrane OU. Reports increasing blurry vision without pain for numerous months.

### Disposition:

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/29/2020 | Counseling | Plan of Care | Frank, Casey | Verbalizes Understanding |

Reviewed symptoms, chronic condition(s), and plan of care. Pending URC for Optometry in house and Ophthalmology consult follow up visits. Watch call outs for pending labs. Attend sick call 3 days after labs drawn to review. Reviewed callback criteria and warning signs associated with ocular emergencies/symptoms.

**Copay Required:** Yes    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Frank, Casey FNP on 10/02/2020 12:20

## Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:  61283-066                    Inmate Name:  SHNEWER, MOHAMAD IBRAHIM

**Housing Status**

___ confined to the living quarters except ___ meals    ___ pill line    ___ treatments    Exp. Date: _____

___ on complete bed rest: ___ bathroom privileges only    Exp. Date: _____

___ cell:  ___ cell on first floor  ___ single cell  ___ lower bunk  ___ airborne infection isolation  Exp. Date: _____

___ other: _____    Exp. Date: _____

**Physical Limitation/Restriction**

___ all sports    Exp. Date: _____

___ weightlifting:  ___ upper body    ___ lower body    Exp. Date: _____

___ cardiovascular exercise:  ___ running ___ jogging ___ walking ___ softball    Exp. Date: _____
            ___ football ___ basketball ___ handball ___ stationary equipment

___ other: _____    Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Medical Shoes | 03/03/2021 | 03/03/2022 | |
| FIRST ISSED APEX TIE SIZE 11.5 WIDE | | | |
| Brace - ankle | 11/18/2014 | | |
| Lace up black ankle brace | | | |
| Crutches | 10/21/2013 | 10/28/2013 | |
| Eye Glasses | 06/21/2012 | | |
| Eye Glasses | 10/17/2011 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:  Yes

_X_ No Restrictions

**Comments:**  Medical hold pending receiving second COVID-19 vaccination -1-21-21

| Gossett, Sarah RPh | 01/06/2021 |
|---|---|
| Health Services Staff | Date |

Inmate Name:  SHNEWER, MOHAMAD IBRAHIM    Reg #:  61283-066    Quarters:  E02

*ALL EXPIRATION DATES ARE AT 24:00*

```
   THP87           *          INMATE DISCIPLINE DATA          *      06-20-2022
 PAGE 001          *     CHRONOLOGICAL DISCIPLINARY RECORD      *      08:09:10


 REGISTER NO: 61283-066 NAME..: SHNEWER, MOHAMAD IBRAHIM
 FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-20-2022

 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3225704 - SANCTIONED INCIDENT DATE/TIME: 02-19-2019 1100
 UDC HEARING DATE/TIME: 06-10-2019 1310                        '
 FACL/UDC/CHAIRPERSON..: THP/D/E/J. BALLARD
 APPEAL CASE NUMBER(S): 981624, 970490
 REPORT REMARKS.......: INMATE STATED THE OFFICER RETALIATED AGAINST ME BECAUSE
                        MY LAWYER CALLED UP HERE
   317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
        LP COMM    / 30 DAYS / CC
                   FROM: 02-21-2019  THRU: 03-22-2019
        COMP:   LAW:
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3246980 - SANCTIONED INCIDENT DATE/TIME: 04-07-2019 1825
 DHO HEARING DATE/TIME: 05-02-2019 1351           DHO REPT DEL: 07-25-2019 1530
 FACL/CHAIRPERSON.....: THP/J BRADLEY
 APPEAL CASE NUMBER(S): 987853
 REPORT REMARKS.......: I/M LET ANOTHER I/M USE HIS PHONE AND HE SENT MONEY TO
                        THEM. I/M ADMITS
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        LP PHONE   / 90 DAYS / CS
                   FROM: 09-29-2019  THRU: 12-27-2019
        COMP:   LAW:
        MON FINE   / 50.00 DOLLARS / CS
        COMP:   LAW:   BAL $182.12
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP COMM    / 90 DAYS / CS
                   FROM: 05-02-2019  THRU: 07-30-2019
        COMP:   LAW:
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3225709 - SANCTIONED INCIDENT DATE/TIME: 02-19-2019 1200
 DHO HEARING DATE/TIME: 04-02-2019 1030           DHO REPT DEL: 04-18-2019 1645
 FACL/CHAIRPERSON.....: THP/J BRADLEY
 REPORT REMARKS.......: I/M WAS IN POSSESSION OF STAFF ISSUED KEVLAR GLOVES
                        I/M DENIES
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: ENN
        CHG QTRS   / CS
        COMP:   LAW:   B-2
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P
        LP PHONE   / 180 DAYS / CS
                   FROM: 04-02-2019  THRU: 09-28-2019
        COMP:   LAW:
        MON FINE   / 100.00 DOLLARS / CS
        COMP:   LAW:   BAL $268.37



 G0002      MORE PAGES TO FOLLOW . . .
```

```
   THP87          *          INMATE DISCIPLINE DATA          *      06-20-2022
 PAGE 002          *    CHRONOLOGICAL DISCIPLINARY RECORD     *      08:09:10


REGISTER NO: 61283-066 NAME..: SHNEWER, MOHAMAD IBRAHIM
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-20-2022

-------------------------------------------------------------------------------
REPORT NUMBER........: 3225704 (REHEARD 06-10-2019 1310)             .       .
UDC HEARING DATE/TIME: 02-21-2019 1230
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3087062 - SANCTIONED INCIDENT DATE/TIME: 02-08-2018 1003
UDC HEARING DATE/TIME: 02-12-2018 1030
FACL/UDC/CHAIRPERSON.: THP/D/E/J. BALLARD
REPORT REMARKS.......: INMATE HAD NO COMMENT
   328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
        LP VISIT   / 30 DAYS / CS
        COMP:    LAW:   TO PROMOTE BETTER INSTITUTIONAL BEHAVIOR
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2843590 - SANCTIONED INCIDENT DATE/TIME: 04-01-2016 1822
DHO HEARING DATE/TIME: 05-17-2016 1400          DHO REPT DEL: 06-18-2016 1605
FACL/CHAIRPERSON.....: THA/EZEKIEL
APPEAL CASE NUMBER(S): 867942
REPORT REMARKS.......: INMATE DENIED CHARGES
   220  USING MARTIAL ARTS/BOXING - FREQ: 1
        LP COMM    / 60 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        LP EMAIL   / 60 DAYS / CS
        COMP:    LAW:
        LP MPLAYER / 60 DAYS / CS
        COMP:    LAW:
   319  USING EQUIP CONTRRY TO INSTRCT - FREQ: 1
        LP PHONE   / 15 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 15 DAYS / CS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2679283 - SANCTIONED INCIDENT DATE/TIME: 02-03-2015 1531
UDC HEARING DATE/TIME: 02-11-2015 0750
FACL/UDC/CHAIRPERSON.: MAR/UM EAST/BURGESS
REPORT REMARKS.......: GUILTY BASED ON REPORT AS WRITTEN 30 DAYS LOSS COMM
   315  PARTICIPATNG IN UNAUTH MEETING - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:   30 DAYS LOSS COMMISSARY BEGINNING 02-12-2015
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2304109 - SANCTIONED INCIDENT DATE/TIME: 05-08-2012 2001
DHO HEARING DATE/TIME: 06-05-2012 0845          .
FACL/CHAIRPERSON.....: MAR/GEORGE
APPEAL CASE NUMBER(S): 728336, 692659
REPORT REMARKS.......: INMATE CONTACTED HIS SISTER TO INQUIRE ABOUT INMATES
                       RECENTLY TRANSFERRED FROM THIS INSTITUTION



G0002       MORE PAGES TO FOLLOW . . .
```

```
   THP87         *         INMATE DISCIPLINE DATA           *      06-20-2022
PAGE 003         *      CHRONOLOGICAL DISCIPLINARY RECORD    *      08:09:10

REGISTER NO: 61283-066 NAME..: SHNEWER, MOHAMAD IBRAHIM
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-20-2022

DHO HEARING DATE/TIME: 06-05-2012 0845 REPORT 2304109 CONTINUED
   297A PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DS         / 15 DAYS / CS
        COMP:   LAW:    15 DAYS DISCIPLINARY SEGREGATION
        LP COMM    / 60 DAYS / CS
        COMP:   LAW:    60 DAYS LOSS OF COMMISSARY PRIVILEGES
        LP PHONE   / 180 DAYS / CS
        COMP:   LAW:   180 DAYS LOSS OF TELEPHONE PRIVILEGES
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2063815 - SANCTIONED INCIDENT DATE/TIME: 09-05-2010 2026
DHO HEARING DATE/TIME: 10-21-2011 1055
FACL/CHAIRPERSON.....: MAR/AUTERSON
APPEAL CASE NUMBER(S): 691154, 647862, 625660, 611443
REPORT REMARKS.......: 625660-R2: 2ND REHEARING - I/M WAS OBSERVED ASSAULTING
                       ANOTHER INMATE BY PUSHING HIM BACKWARD
   224 ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF1 RFP: D
        DS         / 30 DAYS / CS
        COMP:   LAW:   UPHELD PREVIOUS SANCTIONS, NO FURTHER SANCTIONS
                       WARRANTED; 30 DAYS DISCIPLINARY SEGREGATION
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2189054 - SANCTIONED INCIDENT DATE/TIME: 07-15-2011 1731
UDC HEARING DATE/TIME: 07-25-2011 1320
FACL/UDC/CHAIRPERSON.: MAR/UM EAST/NEUMANN
APPEAL CASE NUMBER(S): 649895
REPORT REMARKS.......: INMATE COMMENT: "I HAVE NO CONTROL OVER THE OTHER PARTY,
                       SHE PUT ME ON SPEAKER PHONE"
   397 PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:   LAW:   LOSS OF PHONE BEGINNING TODAY THRU 8-23-2011
------------------------------------------------------------------------------
REPORT NUMBER........: 2063815 (REHEARD 10-21-2011 1055)
DHO HEARING DATE/TIME: 05-24-2011 0905
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2096859 - SANCTIONED INCIDENT DATE/TIME: 11-29-2010 1715
UDC HEARING DATE/TIME: 12-09-2010 1510
FACL/UDC/CHAIRPERSON.: MAR/I/LEWIS
REPORT REMARKS.......: IR CONDUCTED ON DAY 4 AS ALLOWED BY POLICY. INMATE FOUND
                       GUILTY BASED ON INFO PROVIDED BY STAFF AND NICE VISION.
   315 PARTICIPATNG IN UNAUTH MEETING - FREQ: 1
        LP PHONE   / 15 DAYS / CS
        COMP:   LAW:   LOSS OF PHONE FROM 12-10-2010 THRU 12-25-2010.
------------------------------------------------------------------------------
REPORT NUMBER........: 2063815 (REHEARD 05-24-2011 0905)
DHO HEARING DATE/TIME: 12-07-2010 0900


G0002      MORE PAGES TO FOLLOW . . .
```

```
   THP87          *         INMATE DISCIPLINE DATA              *      06-20-2022
   PAGE 004       *     CHRONOLOGICAL DISCIPLINARY RECORD        *      08:09:10


REGISTER NO: 61283-066 NAME..: SHNEWER, MOHAMAD IBRAHIM
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-20-2022

-------------------------------------------------------------------------------
REPORT NUMBER........: 2063815 (REHEARD 12-07-2010 0900)            .      .
DHO HEARING DATE/TIME: 09-15-2010 0940
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2043234 - SANCTIONED INCIDENT DATE/TIME: 07-20-2010 1600
UDC HEARING DATE/TIME: 07-22-2010 0920
FACL/UDC/CHAIRPERSON.: MAR/UM EAST/NEUMANN
APPEAL CASE NUMBER(S): 601048
REPORT REMARKS.......: INMATE STATED "I HAD TO USE THE BATHROOM. I WAITED AS
                       LONG AS I COULD"
   321  INTERFERING WITH TAKING COUNT - FREQ: 1
        LP COMM    / 60 DAYS / CS / SUSPENDED 90 DAYS
        COMP:   LAW:   SUSPEND SANCTION FOR 90 DAYS CLEAR CONDUCT
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1820554 - SANCTIONED INCIDENT DATE/TIME: 01-11-2009 1755
DHO HEARING DATE/TIME: 01-21-2009 0740
FACL/CHAIRPERSON.....: PHL/KULICK D
APPEAL CASE NUMBER(S): 529518
REPORT REMARKS.......: INMATE ADMITS USING BATTERIES TO BURN HIS MILK CARTON
   317  FAILING TO FOLLOW SAFETY REGS - FREQ: 1
        LP COMM    / 90 DAYS / CS
        COMP:   LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1717020 - SANCTIONED INCIDENT DATE/TIME: 04-01-2008 1040
DHO HEARING DATE/TIME: 04-09-2008 0850
FACL/CHAIRPERSON.....: PHL/KULICK D
REPORT REMARKS.......: INMATE ADMITS RIPPING SHEET AND USING IT TO MAKE A
                       "FISHING LINE"
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        MON REST   / 5.99 DOLLARS / CS
        COMP:   LAW:   REPLACEMENT COST OF SHEET
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1709477 - SANCTIONED INCIDENT DATE/TIME: 03-11-2008 1030
UDC HEARING DATE/TIME: 03-14-2008 1400
FACL/UDC/CHAIRPERSON.: PHL/4 SOUTH/O'REILLY
REPORT REMARKS.......: INMATE ADMITTED GUILT
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP COMM    / 30 DAYS / CC
        COMP:   LAW:   TO BEGIN 3/15 THRU 4/13



G0002      MORE PAGES TO FOLLOW . . .
```

```
THP87              *              INMATE DISCIPLINE DATA            *        06-20-2022
PAGE 005 OF 005 *      CHRONOLOGICAL DISCIPLINARY RECORD            *        08:09:10


REGISTER NO: 61283-066 NAME..: SHNEWER, MOHAMAD IBRAHIM
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 06-20-2022


------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1616471 - SANCTIONED INCIDENT DATE/TIME: 07-03-2007 1320
UDC HEARING DATE/TIME: 07-09-2007 1530
FACL/UDC/CHAIRPERSON.: PHL/4 SOUTH/WHITE
REPORT REMARKS.......: INMATE STATES HE WAS PRAYING, BUT SO WERE OTHER MUSLIM
                       INMATES, THE WERE PRAYING TOGETHER
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 14 DAYS / CS
        COMP:    LAW:    FROM 7/9/07 TO 7/23/07
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1602114 - SANCTIONED INCIDENT DATE/TIME: 05-23-2007 1320
UDC HEARING DATE/TIME: 05-25-2007 1400
FACL/UDC/CHAIRPERSON.: PHL/4 SOUTH/WHITE
REPORT REMARKS.......: INMATE ADMITTED GUILT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:    FROM 5/28/07 TO 6/27/07



G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
THP42   606.00 *      MALE CUSTODY CLASSIFICATION FORM        *      05-31-2022
PAGE 001 OF 001                                                      14:14:07
                          (A) IDENTIFYING DATA
REG NO..: 61283-066            FORM DATE: 05-19-2022         ORG: THP
NAME....: SHNEWER, MOHAMAD IBRAHIM
                                        MGTV: NONE
PUB SFTY: GRT SVRTY,SENT LGTH          MVED:
                          (B) BASE SCORING
DETAINER: (0) NONE                 SEVERITY.......: (7) GREATEST
MOS REL.: 540                      CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE                 VIOLENCE.......: (1) > 10 YRS MINOR
VOL SURR: (0) N/A                  AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                          (C) CUSTODY SCORING
TIME SERVED.....: (3) 0-25%        PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD         TYPE DISCIP RPT: (0) GREATEST
FREQ DISCIP RPT.: (3) NONE         FAMILY/COMMUN..: (4) GOOD


                    --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+10  +14     0        +10     HIGH         N/A           IN      SAME


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

## FSA Needs Reassessment

Register Number:61283-066, Last Name:SHNEWER

**U.S. DEPARTMENT OF JUSTICE**                                **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 61283-066 | Responsible Facility: THP |
| Inmate Name | Assessment Date.....: 05/31/2022 |
|   Last.........: SHNEWER | |
|   First........: MOHAMAD | |
|   Middle.......: IBRAHIM | |
|   Suffix.......: | |
| Gender.........: MALE | |

**Needs Reassessment Worksheet Summary**

| Need Area | - Before/After - | Assignment - | Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER Y | NEED - ANGER/HOSTILITY YES |
| | After | N-ANGER Y | NEED - ANGER/HOSTILITY YES |
| Antisocial Peers | Before | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| | After | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| Cognitions | Before | N-COGNTV Y | NEED - COGNITIONS YES |
| | After | N-COGNTV Y | NEED - COGNITIONS YES |
| Education | Before | N-EDUC N | NEED - EDUCATION NO |
| | After | N-EDUC N | NEED - EDUCATION NO |
| Family/Parenting | Before | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| | After | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| Finance/Poverty | Before | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| | After | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| Medical | Before | N-MEDICL N | NEED - MEDICAL NO |
| | After | N-MEDICL N | NEED - MEDICAL NO |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
| | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| | After | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| Substance Abuse | Before | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| | After | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| Trauma | Before | N-TRAUMA N | NEED - TRAUMA NO |
| | After | N-TRAUMA N | NEED - TRAUMA NO |
| Work | Before | N-WORK N | NEED - WORK NO |
| | After | N-WORK N | NEED - WORK NO |

**Needs Reassessment Worksheet Details**

Need Area: Anger/Hostility, Assignment: N-ANGER Y
  No Data
------------------------------------------------------------------------------------------
Need Area: Antisocial Peers, Assignment: N-ANTISO N
  No Data
------------------------------------------------------------------------------------------
Need Area: Cognitions, Assignment: N-COGNTV Y
  No Data

**FSA Needs Reassessment**

Register Number:61283-066, Last Name:SHNEWER

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

---

Need Area: Education, Assignment: N-EDUC N

  Category - Assignment - Start       - Stop

  EDI       GED HAS     09/11/2009 14:18

---

Need Area: Family/Parenting, Assignment: N-FM/PAR N

  Source: PPG6, Tag: familyCommunityTies, Value: 4

---

Need Area: Finance/Poverty, Assignment: N-FIN PV N

  No Data

---

Need Area: Medical, Assignment: N-MEDICL N

  Category - Assignment - Start       - Stop

  CAR       CARE1     05/09/2007 07:00

---

Need Area: Mental Health, Assignment: N-M HLTH N

  No Data

---

Need Area: Recreation/Leisure/Fitness, Assignment: N-RLF N

  No Data

---

Need Area: Substance Abuse, Assignment: N-SUB AB N

  No Data

---

Need Area: Trauma, Assignment: N-TRAUMA N

  No Data

---

Need Area: Work, Assignment: N-WORK N

  No Data

```
  THP87          *         INMATE EDUCATION DATA        *      06-20-2022
PAGE 001 OF 001 *             TRANSCRIPT               *      08:08:37

REGISTER NO: 61283-066   NAME..: SHNEWER            FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: THP-TERRE HAUTE USP
```

```
--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
THP  ESL HAS    ENGLISH PROFICIENT            09-11-2009 1418 CURRENT
THP  GED HAS    COMPLETED GED OR HS DIPLOMA   09-11-2009 1418 CURRENT
```

```
--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                      START DATE  STOP DATE EVNT AC LV  HRS
THP LCP    ACE ST PATRICK CLASS            03-01-2022 03-31-2022   P  C  P    6
THP LCP    ACE CIVIL RIGHTS CLASS          02-01-2022 03-04-2022   P  C  P    6
THP LCP    ACE EUROPEAN RENAISSANCE        01-03-2022 01-31-2022   P  C  P    6
THP LCP    TRAINING REC AIDE/INSTRUTOR     01-03-2022 01-12-2022   P  C  P    1
THP        ACE POET JOY HARJO CLASS        03-29-2021 04-02-2021   P  C  P    2
THP        ACE MALALA YOUSAFZAI CLASS      03-22-2021 03-26-2021   P  C  P    2
THP        ACE BILLIE EILISH CLASS         03-15-2021 03-19-2021   P  C  P    2
THP        ACE TENSIONS OVER IMMIGATION    03-01-2021 03-05-2021   P  C  P    2
THP        ACE THE BOOMING 1920S CLASS     02-22-2021 03-01-2021   P  C  P    2
THP        ACE REVOLUTION IN AGRICULTURE   02-15-2021 02-19-2021   P  C  P    2
THP        TRAINING REC AIDE/INSTRUTOR     01-25-2021 02-12-2021   P  C  P    1
THP        TRAINING REC AIDE/INSTRUTOR     01-29-2020 03-02-2020   P  C  P    1
THP        ACE BARBER/STYLING-SELF STUDY   07-09-2018 09-24-2018   P  C  P   12
THP        TRAINING REC AIDE/INSTRUTOR     02-28-2018 03-20-2018   P  C  P    1
THP        USP GOAL SETTING FOR HEALTH     01-25-2018 01-25-2018   P  C  P    1
THP        USP BASIC WALKING CLASS         01-11-2018 01-11-2018   P  C  P    1
THA CMU    CMU DRAWING CLASS INTRODUCTION  10-04-2017 12-30-2017   P  C  P    1
THA CMU    ACE HEALTHY LIVING              01-09-2016 08-04-2016   P  C  P   12
THA CMU    CMU HEALTH FAIR                 03-11-2016 03-16-2016   P  C  P    1
THA CMU    CMU DRAWING CLASS INTRODUCTION  11-05-2015 02-11-2016   P  C  P    1
THA CMU    NUTRITION                       11-05-2015 02-11-2016   P  C  P    4
MAR CMU    CMU CROCHET CLASS               04-14-2015 06-25-2015   P  C  P    8
MAR CMU    I UNIT BEADING CLASS            10-13-2014 12-24-2014   P  C  P   10
MAR CMU    CARD MAKING CLASS               10-16-2013 12-31-2013   P  C  P   20
MAR CMU    CMU PAINTING CLASS              10-16-2013 12-31-2013   P  C  P   20
MAR CMU    I UNIT BEADING CLASS            07-14-2013 09-23-2013   P  C  P   21
MAR CMU    CMU DRAWING CLASS               07-14-2013 09-23-2013   P  C  P   21
MAR CMU    CMU PAINTING CLASS              01-30-2013 03-25-2013   P  C  P   17
MAR CMU    CMU CROCHET CLASS               07-12-2009 09-20-2009   P  C  P   11
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

LIFE CONNECTIONS PRORAM

## COURSE EVALUATION FORM

Name | Shnewer, Mohamad

Spiritual Guide | Birk

Cohort | 30

Group | A

Course | Addictions Recovery 2

Workbook:

Living in Balance. Moving From a Life of Addiction to a Life of Recovery.

Group Participation:

Mr. Shnewer was an active participant in group discussions. Mr. Shnewer was able to apply real life scenarios of his best friend to subject matter in a positive way. Mr. Shnewer was respectful and attentive during group discussions.

Other Assignments:

None assigned

Attitude:

Mr. Shnewer came with a smile and greeting to class. He was positive and always prepared for class. Mr. Shnewer shows a willingness to learn and continue positive growth on his journey. He has become more confident in sharing during class and always provides important insight into the discussion.

Overall:

Mr. Shnewer exhibited some anxiety first couple of classes but has shown tremendous growth in becoming more comfortable in the class setting. Mr. Shnewer shows knowledge of the subject and provides input that is valuable to discussions. Mr. Shnewer completes all work, even when it does not apply, which shows integrity of mind. **Pass Plus**

# Certificate of Participation

This acknowledges that

## Mohamad Shnewer

Has participated in the following courses during the beginning semester

At Life Connections Program USP Terre Haute:

Orientation

Comfort Zone

Building Blocks to a Healthy Community

Preparing for the Journey

Faith Specific Grounding

Impact of Crime on Victims

Addiction Recovery 1

Tackling the Tactics

January 2022-July 2022

J. Sutter, LCP Chaplain

# PINK LION FINANCIAL

This certifies that

# MOHAMAD SHNEWER

Has completed 15 hours of financial bootcamp.

*Alyssa Arnett*

**Alyssa Arnett**

Owner



09-15-2022

**Date of Graduation**

# LIFE CONNECTIONS PROGRAM
# USP TERRE HAUTE

# Hurt, Grief, & Forgiveness
# With Azim Khamisa

## Cohort 30

# Mohamad Shnewer

August 16, 2022



Chaplain Sutter

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: **SHNEWER, MOHAMAD IBRAHIM** | | | Reg #: 61283-066 |
| Date of Birth: | Sex: M | Race: WHITE | Facility: THP |
| Encounter Date: 09/29/2020 10:00 | Provider: Frank, Casey FNP | | Unit: E01 |

Mid Level Provider - Sick Call Note encounter performed at Housing Unit.

## SUBJECTIVE:

COMPLAINT **1**        Provider: Frank, Casey FNP

Chief Complaint:   Eyes/Vision Problems

Subjective:        Inmate with sick call sign up.
Upon arrival to cell, inmate reports, "I've had blurrier vision and pressure behind my left eye
often since 2012. I wanted to make sure I'm scheduled to see the eye doctor still, because
sometimes I get pressure to my left eye."
Denies acute visual change, current or recent ocular discomfort, floaters or flashing lights in
visual field, visual field cut, or associated sx's.
PMH/health problems and labs reviewed in BEMR; see for details.
PMH significant for h/o Central Serous Retinopathy OS, Macular Edema OS-increasing,
Epiretinal membrane OU

PLAN:
Onsite Optometry consult ordered; pending URC.
Ophthalmology consult ordered; pending URC.

Late entry due to institution maintenance with power outage.

**Pain:**        No

## OBJECTIVE:

### ROS Comments

General: Negative fever, chills, night sweats, weight loss, appetite change, or fatigue.
Integumentary: Negative rash, wound, or skin breakdown.
HEENT: Denies acute visual changes, watery eyes, runny nose, allergies, sinus pressure, or neck pain.
Neurological: CN 2-12 grossly intact. Negative dizziness, H/A, or weakness.
Endocrine: Negative polydipsia, polyphagia, or polyuria.
Psychiatric: Negative Mood Impaired, SI/HI, or anhedonia.
Lymphatics: Negative generalized lymphadenopathy.
Denies additional c.o. ROS reviewed and otherwise unremarkable.

### Exam Comments

Wearing mask and evaluated at cell due to COVID-19 Pandemic and institution lock down.
General: Affect Pleasant and cooperative.
Skin: WNL. Dry and intact.
Head: Symmetry of motor function, Atraumatic/Normocephalic.
Eyes: Extraocular Movements Intact Pupils normal appearing, PERRLA. b/l retinas: Unremarkable undilated retinal
exam.
Nose: Patent nares without lesion.
Pharynx: Negative erythema, exudate, posterior lymph hyperplasia, or swelling. Patent airway.
Neck: WNL, supple, symmetric, trachea midline. Musculoskeletal WNL, full ROM.
Peripheral Vascular: General WNL. Negative edema.
Neurologic: Cranial Nerves (CN) intact grossly.
Psych: Negative flat affect. Conversing without difficulty.

## ASSESSMENT:

Examination of eyes and vision, V72.0 - Current

| Inmate Name: SHNEWER, MOHAMAD IBRAHIM | | | | Reg #: 61283-066 |
|---|---|---|---|---|
| Date of Birth: | Sex: M | Race: WHITE | | Facility: THP |
| Encounter Date: 09/29/2020 10:00 | Provider: Frank, Casey FNP | | | Unit: E01 |

## PLAN:

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 11/06/2020 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Labs requested to be reviewed by: | Wilson, William E. MD/CD | | |

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 12/16/2020 | 12/16/2020 | Routine | No | |

Subtype:

    Offsite Ophthalmology Appt

Reason for Request:

    Please schedule offsite Ophthalmology consult for follow up.

Provisional Diagnosis:

    History of Central Serous Retinopathy OS, Macular Edema OS-increasing, Epiretinal membrane OU. Reports increasing blurry vision without pain for numerous months.

| Optometry | 11/16/2020 | 11/16/2020 | Routine | No | |
|---|---|---|---|---|---|

Subtype:

    Onsite Optometry

Reason for Request:

    Please schedule onsite Optometry.

Provisional Diagnosis:

    History of Central Serous Retinopathy OS, Macular Edema OS-increasing, Epiretinal membrane OU. Reports increasing blurry vision without pain for numerous months.

### Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/29/2020 | Counseling | Plan of Care | Frank, Casey | Verbalizes Understanding |

Reviewed symptoms, chronic condition(s), and plan of care. Pending URC for Optometry in house and Ophthalmology consult follow up visits. Watch call outs for pending labs. Attend sick call 3 days after labs drawn to review. Reviewed callback criteria and warning signs associated with ocular emergencies/symptoms.

**Copay Required:** Yes    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Frank, Casey FNP on 10/02/2020 12:20

 **Individualized Needs Plan - Program Review** **(Inmate Copy)**    SEQUENCE: 01396354
Dept. of Justice / Federal Bureau of Prisons    Team Date: 07-15-2022
Plan is for inmate: SHNEWER, MOHAMAD IBRAHIM 61283-066

|  |  |  |  |  |
|---|---|---|---|---|
| Facility: | THP TERRE HAUTE USP | | Proj. Rel. Date: | UNKNOWN |
| Name: | SHNEWER, MOHAMAD IBRAHIM | | Proj. Rel. Mthd: | LIFE |
| Register No.: | 61283-066 | | DNA Status: | MAR00946 / 11-15-2010 |
| Age: | 37 | | | |
| Date of Birth: | | | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| THP | REC AM | REC CENTER 8 AM TO 12 NOON | 05-31-2022 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| THP | ESL HAS | ENGLISH PROFICIENT | 09-11-2009 |
| THP | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-11-2009 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| THP LCP | C | ACE ST PATRICK CLASS | 03-01-2022 | 03-31-2022 |
| THP LCP | C | ACE CIVIL RIGHTS CLASS | 02-01-2022 | 03-04-2022 |
| THP LCP | C | ACE EUROPEAN RENAISSANCE | 01-03-2022 | 01-31-2022 |
| THP LCP | C | TRAINING REC AIDE/INSTRUTOR | 01-03-2022 | 01-12-2022 |
| THP | C | ACE POET JOY HARJO CLASS | 03-29-2021 | 04-02-2021 |
| THP | C | ACE MALALA YOUSAFZAI CLASS | 03-22-2021 | 03-26-2021 |
| THP | C | ACE BILLIE EILISH CLASS | 03-15-2021 | 03-19-2021 |
| THP | C | ACE TENSIONS OVER IMMIGRATION | 03-01-2021 | 03-05-2021 |
| THP | C | ACE THE BOOMING 1920S CLASS | 02-22-2021 | 03-01-2021 |
| THP | C | ACE REVOLUTION IN AGRICULTURE | 02-15-2021 | 02-19-2021 |
| THP | C | TRAINING REC AIDE/INSTRUTOR | 01-25-2021 | 02-12-2021 |
| THP | C | TRAINING REC AIDE/INSTRUTOR | 01-29-2020 | 03-02-2020 |
| THP | C | ACE BARBER/STYLING-SELF STUDY | 07-09-2018 | 09-24-2018 |
| THP | C | TRAINING REC AIDE/INSTRUTOR | 02-28-2018 | 03-20-2018 |
| THP | C | USP GOAL SETTING FOR HEALTH | 01-25-2018 | 01-25-2018 |
| THP | C | USP BASIC WALKING CLASS | 01-11-2018 | 01-11-2018 |
| THA CMU | C | CMU DRAWING CLASS | 10-04-2017 | 12-30-2017 |
| THA CMU | C | ACE HEALTHY LIVING | 01-09-2016 | 08-04-2016 |
| THA CMU | C | CMU HEALTH FAIR | 03-11-2016 | 03-16-2016 |
| THA CMU | C | CMU DRAWING CLASS | 11-05-2015 | 02-11-2016 |
| THA CMU | C | NUTRITION | 11-05-2015 | 02-11-2016 |
| MAR CMU | C | CMU CROCHET CLASS | 04-14-2015 | 06-25-2015 |
| MAR CMU | C | I UNIT BEADING CLASS | 10-13-2014 | 12-24-2014 |
| MAR CMU | C | CARD MAKING CLASS | 10-16-2013 | 12-31-2013 |
| MAR CMU | C | CMU PAINTING CLASS | 10-16-2013 | 12-31-2013 |
| MAR CMU | C | I UNIT BEADING CLASS | 07-14-2013 | 09-23-2013 |
| MAR CMU | C | CMU DRAWING CLASS | 07-14-2013 | 09-23-2013 |
| MAR CMU | C | CMU PAINTING CLASS | 01-30-2013 | 03-25-2013 |
| MAR CMU | C | CMU CROCHET CLASS | 07-12-2009 | 09-20-2009 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 05-09-2007 |



**Individualized Needs Plan - Program Review**    **(Inmate Copy)**    SEQUENCE: 01396354
Dept. of Justice / Federal Bureau of Prisons    Team Date: 07-15-2022
Plan is for inmate: SHNEWER, MOHAMAD IBRAHIM  61283-066

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 06-08-2010 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 12-21-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-01-2011 |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-01-2011 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 06-29-2009 |

**FRP Payment Plan**

Most Recent Payment Plan

**FRP Assignment:**  **PART**    **FINANC RESP-PARTICIPATES**    **Start: 04-09-2010**

Inmate Decision:  **AGREED**    **$25.00**    Frequency: **QUARTERLY**
Payments past 6 months:    **$50.00**    Obligation Balance: **$124,175.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | REST NV | $125,000.00 | $124,175.00 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 03-09-2022 | THP | PAYMENT | INSIDE PMT | $25.00 |
| | 12-08-2021 | THP | PAYMENT | INSIDE PMT | $25.00 |

**FRP Deposits**

Trust Fund Deposits - Past 6 months:  $1,704.00    Payments commensurate ?  Y

New Payment Plan:  ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-25-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 05-31-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 05-31-2022 |
| N-COGNTV Y | NEED - COGNITIONS YES | 05-31-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-31-2021 |
| N-EDUC N | NEED - EDUCATION NO | 05-31-2022 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 05-31-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 05-31-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 05-31-2022 |
| N-MEDICL N | NEED - MEDICAL NO | 05-31-2022 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 05-31-2022 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 05-31-2022 |
| N-TRAUMA N | NEED - TRAUMA NO | 05-31-2022 |
| N-WORK N | NEED - WORK NO | 05-31-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 05-31-2022 |

**Progress since last review**

Completed ACE St. Patrick Class on 3-31-2022.

**Next Program Review Goals**

Complete 2 ACE course prior to next review.

**Long Term Goals**