**Individualized Needs Plan - Program Review    (Inmate Copy)**    SEQUENCE: 01396354
Dept. of Justice / Federal Bureau of Prisons    Team Date: 07-15-2022
Plan is for inmate: SHNEWER, MOHAMAD IBRAHIM  61283-066

Recommend enrolling in Anger Management delivered by psychology and complete by 07-2023. Recommend enrolling in Basic Cognitive Skills delivered by psychology and complete by 07-2023.

## RRC/HC Placement

No.
Management decision - PRD Life.

## Comments

FTC Ineligible / PATTERN Low risk
Financial skills needs: Yes.
In accordance with PS5324.12, the inmate's job, cell, and unit assignments have been reviewed with no concerns noted.

## FSA Needs Reassessment
**Register Number:61283-066, Last Name:SHNEWER**

**U.S. DEPARTMENT OF JUSTICE**                                   **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 61283-066 | Responsible Facility: THP |
| Inmate Name | Assessment Date.....: 05/31/2022 |
|   Last.........: SHNEWER | |
|   First........: MOHAMAD | |
|   Middle.......: IBRAHIM | |
|   Suffix.......: | |
| Gender.........: MALE | |

**Needs Reassessment Worksheet Summary**

| Need Area | - Before/After - | Assignment - | Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER Y | NEED - ANGER/HOSTILITY YES |
| | After | N-ANGER Y | NEED - ANGER/HOSTILITY YES |
| Antisocial Peers | Before | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| | After | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| Cognitions | Before | N-COGNTV Y | NEED - COGNITIONS YES |
| | After | N-COGNTV Y | NEED - COGNITIONS YES |
| Education | Before | N-EDUC N | NEED - EDUCATION NO |
| | After | N-EDUC N | NEED - EDUCATION NO |
| Family/Parenting | Before | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| | After | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| Finance/Poverty | Before | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| | After | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| Medical | Before | N-MEDICL N | NEED - MEDICAL NO |
| | After | N-MEDICL N | NEED - MEDICAL NO |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
| | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| | After | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| Substance Abuse | Before | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| | After | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| Trauma | Before | N-TRAUMA N | NEED - TRAUMA NO |
| | After | N-TRAUMA N | NEED - TRAUMA NO |
| Work | Before | N-WORK N | NEED - WORK NO |
| | After | N-WORK N | NEED - WORK NO |

**Needs Reassessment Worksheet Details**

Need Area: Anger/Hostility, Assignment: N-ANGER Y
  No Data
--------------------------------------------------------------------------------
Need Area: Antisocial Peers, Assignment: N-ANTISO N
  No Data
--------------------------------------------------------------------------------
Need Area: Cognitions, Assignment: N-COGNTV Y
  No Data

## FSA Needs Reassessment

**Register Number:61283-066, Last Name:SHNEWER**

**U.S. DEPARTMENT OF JUSTICE**                                  **FEDERAL BUREAU OF PRISONS**

---

Need Area: Education, Assignment: N-EDUC N

  Category - Assignment - Start              - Stop

  EDI          GED HAS       09/11/2009 14:18

---

Need Area: Family/Parenting, Assignment: N-FM/PAR N

  Source: PPG6, Tag: familyCommunityTies, Value: 4

---

Need Area: Finance/Poverty, Assignment: N-FIN PV N

  No Data

---

Need Area: Medical, Assignment: N-MEDICL N

  Category - Assignment - Start              - Stop

  CAR          CARE1         05/09/2007 07:00

---

Need Area: Mental Health, Assignment: N-M HLTH N

  No Data

---

Need Area: Recreation/Leisure/Fitness, Assignment: N-RLF N

  No Data

---

Need Area: Substance Abuse, Assignment: N-SUB AB N

  No Data

---

Need Area: Trauma, Assignment: N-TRAUMA N

  No Data

---

Need Area: Work, Assignment: N-WORK N

  No Data

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:61283-066, Last Name:SHNEWER

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 61283-066 | Risk Level Inmate....: R-LW |
| Inmate Name | General Level......: R-LW (13) |
| Last.........: SHNEWER | Violent Level......: R-LW (18) |
| First........: MOHAMAD | Security Level Inmate: HIGH |
| Middle.......: IBRAHIM | Security Level Facl..: HIGH |
| Suffix.......: | Responsible Facility.: THP |
| Gender........: MALE | Start Incarceration..: 04/29/2009 |

**PATTERN Worksheet Summary**

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 37 | 21 | 12 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | TRUE | 5 | 7 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 1 | 1 | 2 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 6 | 3 | 3 |
| Serious Incident Reports (120 Months) | 3 | 3 | 3 |
| Time Since Last Incident Report | 37 | 0 | 0 |
| Time Since Last Serious Incident Report | 37 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 11 | -12 | -4 |
| Work Programs | 0 | 0 | 0 |
| | Total | 13 | 18 |

# Life Connections Program
# Course Evaluation Form

**Name: Shnewer, Mohamad.**

**Islamic Cohort: C30**, **Course: Respecting Religious Diversity.**

**Workbook (%35 of the total grade along with other written assignments):**

He did good thoughtful work in his workbook.
**Pass Plus**.

**Other Assignments:**

Daily Skill Practices: Didn't submit them yet.
**No Pass.**

**Group Participation (%30 of the total grade):**

Considering his attendance of the class on time, focusing on the teacher, listening to him attentively, avoiding side-talking, joining in group activities with interest and focus, raising his hand and taking permission before speaking, staying on point when speaking, and making it short, sharing his supportive experience, avoiding interrupting others, having patience/self-discipline, asking questions instead of criticizing, submitting homework on time, participating in out of class assignments, doing the work with honesty and sincerity, admitting his wrongs, and be willing to right his wrongs: he did very well, without any violations. Advice: please submit the out of class assignment of the Daily Practices.

**Pass**.

**Attitude (%35 of the total grade):**

He demonstrated honesty about wanting to learn, he is open minded, willing to learn, responsible, caring, and very humble.

**Pass Plus**.

**Overall:**

Keep the good work.
**Pass on the very high side.**

1

# Life Connections Program

# Course Evaluation Form

**Name: Shnewer, Mohamad.**

**Islamic Cohort: C30, Course:  Comfort Zone Retreat.**

## Workbook (%35 of the total grade along with other written assignments):

Good sincere work that reflects genuine interest in transformation.

**Pass Plus**.

## Other Assignments:

The Companion Journal:
**Pass Plus**.

## Group Participation (%30 of the total grade):

Considering him Attending the class on time, Focusing on the teacher, Listening to him attentively, Avoiding side-talking, Joining in group activities with interest and focus, Raising his hand and taking permission before speaking, Staying on point when speaking, and making it short, Sharing his supportive experience, Avoiding interrupting others, Having patience/self-discipline, Asking questions instead of criticizing, Submitting homework on time, Participating in out of class assignments, Doing the work with honesty and sincerity, Admitting his wrong, and be willing to right his wrong he did very well, without any violations.

**Pass Plus**.

## Attitude (%35 of the total grade):

He demonstrated honesty about wanting to learn, he is open minded, willing to learn, responsible, caring, and very humble.

**Pass Plus**.

1

**Overall:**

Keep the good work.

**Pass Plus.**

# Life Connections Program
# Course Evaluation Form

**Name: Shnewer, Mohamad.**

**Islamic Cohort: C30, Course: Orientation.**

## Workbook (%35 of the total grade along with other written assignments):

One mis-answered question, but he did a dedicated sincere work.

**Pass Plus**.

## Other Assignments:

None.

## Group Participation (%30 of the total grade):

Considering the criteria of him Attending the class on time, Focusing on the teacher, Listening to him attentively, Avoiding side-talking, Joining in group activities with interest and focus, Raising his hand and taking permission before speaking, Staying on point when speaking, and making it short, Sharing his supportive experience, Avoiding interrupting others, Having patience/self-discipline, Asking questions instead of criticizing, Submitting homework on time, Participating in out of class assignments, Doing the work with honesty and sincerity, Admitting his wrong, and be willing to right his wrong he did very well, without violations.

**Pass Plus**.

## Attitude (%35 of the total grade):

He demonstrated honesty about wanting to learn, he is open minded, willing to learn, responsible, caring, and very humble.

**Pass Plus**.

1

**Overall:**

Keep the good work.

**Pass Plus.**

# Life Connections Program

# Course Evaluation Form

**Name: Shnewer, Mohamad.**

**Islamic Cohort: C30**, **Course: Building Blocks to Healthy Community.**

**Workbook (%35 of the total grade along with other written assignments):**

> Good sincere work that reflects genuine interest in transformation.
>
> **Pass Plus**.

**Other Assignments:**

> No assignment.

**Group Participation (%30 of the total grade):**

> Considering him Attending the class on time, Focusing on the teacher, Listening to him attentively, Avoiding side-talking, Joining in group activities with interest and focus, Raising his hand and taking permission before speaking, Staying on point when speaking, and making it short, Sharing his supportive experience, Avoiding interrupting others, Having patience/self-discipline, Asking questions instead of criticizing, Submitting homework on time, Participating in out of class assignments, Doing the work with honesty and sincerity, Admitting his wrong, and be willing to right his wrong he did very well, without any violations.
>
> **Pass Plus**.

**Attitude (%35 of the total grade):**

> He demonstrated honesty about wanting to learn, he is open minded, willing to learn, responsible, caring, and very humble.
>
> **Pass Plus**.

**Overall:**

1

Keep the good work.

**Pass Plus.**

# Life Connections Program

# Course Evaluation Form

**Name: Shnewer, Mohamad.**

**Islamic Cohort: C30, Course: Preparing for the Journey.**

**Workbook (%35 of the total grade along with other written assignments):**

Good sincere work that reflects genuine interest in transformation.

**Pass Plus.**

**Other Assignments:**

Victim Impact Workbook:
**Pass Plus.**

**Group Participation (%30 of the total grade):**

Considering his attendance of the class on time, focusing on the teacher, listening to him attentively, avoiding side-talking, joining in group activities with interest and focus, raising his hand and taking permission before speaking, staying on point when speaking, and making it short, sharing his supportive experience, avoiding interrupting others, having patience/self-discipline, asking questions instead of criticizing, submitting homework on time, participating in out of class assignments, doing the work with honesty and sincerity, admitting his wrongs, and be willing to right his wrongs: he did very well, without any violations.

**Pass Plus.**

**Attitude (%35 of the total grade):**

He demonstrated honesty about wanting to learn, he is open minded, willing to learn, responsible, caring, and very humble.

**Pass Plus.**

**Overall:**

Keep the good work.
**Pass Plus.**

# Life Connections Program

# Course Evaluation Form

**Name: Shnewer, Mohamad.**

**Islamic Cohort: C30**, **Course: Spirituality.**

**Workbook (%35 of the total grade along with other written assignments):**

He did good thoughtful work in his workbook.
**Pass Plus**.

**Other Assignments:**

Daily Skill Practices: **Pass Plus**.

**Group Participation (%30 of the total grade):**

Considering his attendance of the class on time, focusing on the teacher, listening to him attentively, avoiding side-talking, joining in group activities with interest and focus, raising his hand and taking permission before speaking, staying on point when speaking, and making it short, sharing his supportive experience, avoiding interrupting others, having patience/self-discipline, asking questions instead of criticizing, submitting homework on time, participating in out of class assignments, doing the work with honesty and sincerity, admitting his wrongs, and be willing to right his wrongs: he did very well, without any violations.

**Pass Plus**.

**Attitude (%35 of the total grade):**

He demonstrated honesty about wanting to learn, he is open minded, willing to learn, responsible, caring, and very humble.

**Pass Plus**.

**Overall:**

Keep the good work.
**Pass Plus.**

1



Mohamed Shnewer #61283066
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

As'salam au'aliykum wa rahamatu'Allahi wa barakatu

  We are the Islamic prison outreach organization called Link Outside. We have been serving the spiritual, moral and educational well-being of incarcerated men and women in the United States for over five year. Our organization operates out of the Islamic Institute of Orange County's Outreach Committee and is administered by religious scholars, community organizers and volunteers. Some of the services we provide include local prison visits, mail correspondence, religious literature donations and quarterly newsletters. Please note that, due to our volume of mail, it may take a couple of months for us to respond.

  All our literature is from Orthodox Muslim Sunni sources. When it comes to requests for kufi, hijabs or prayer rugs we need an approval form from either one of the administrative staff, or someone from the Institution Chaplaincy. Once we receive the approval form then we will try to fulfill the request if our resources allow inshAllah. Also, just to let you know we do not provide penpals or matchmaking services or financial assistance.
  We can provide you information on Islam and spiritual development free of charge .We do offer five CIU mail correspondence courses History I, Law I, Belief I,  Prophetic Wisdom, and Purification.  History I covers the entire life of the Prophet Muhammad (peace be upon him), from before he was born until he passed away. On successful completion of the class, a student should be able to recall the life-sketch of the Prophet Muhammad, be familiar with the major events that took place during his life, and understand the various stages through which the mission of Islam manifested itself. Law I will present the practical teachings concerning purification and prayer. On successful completion of the class, a student will be able to have an understanding of the aforementioned practices, teach these guidelines to others and deal with scholarly differences of opinions concerning them.

The correspondence courses we offer to the prison population are still in the developmental phase, and consist of only a fraction of what the university provides currently. Unfortunately, you will need to take a special exam at the university for each correspondence course you completed in order to receive credit for the classes you took in prison. Official state accreditation for completed courses cannot be provided for the prison population due to certain restrictions and course design. However enrolling in the class would allow you to understand the material and certificate of completion can be utilized for your parole hearing to show your academic endeavors. But taking the class mostly will help draw you closer to Allah by hammering down the basics and give you a methodical way to teach it amongst the other brothers and sisters within the community.

I would like to let you know that one of our staff members, Ustdah Jesse, is offering personal mentoring and guidance through our prison mail correspondence. Ustadh Jesse was previously incarcerated for 10 years and converted to Islam while in prison. He has returned back to the free world where he pursued Islamic studies and is now a Muslim public speaker at various mosques in Southern California. He offers advice that is not only practicable, but also something that you can relate to as someone who was once in your shoes. Please write back if you are interested to receive his letters by addressing your letter to Ustadh Jesse above the address line. We hope that you find comfort and encouragement in his words to help you along your journey.

If you have any questions, comments or concerns please feel free to reach out to us anytime. We love you for the sake of Allah and we beg you to please keep us within your prayers at all times. Stay strong , keep focused, and Remember Allah is always with you.

"And whoever is conscious of Allah, He will make for him a way out, And will provide for him from where he does not expect. And whoever relies upon Allah – then He is sufficient for him. Indeed, Allah will accomplish His purpose. Allah has already set for everything to a [decreed] extent." (Quran 65:2-3)

The Prophet said(peace be upon him)

Two blessing which many people waste are good health and free time( Buhkari)

Suhayb reported: The Messenger of Allah, peace and blessings be upon him, said, "Wondrous is the affair of a believer, as there is good for him in every matter; this is not the case for anyone but a believer. If he experiences pleasure, he thanks Allah and it is good for him. If he experiences harm, he shows patience and it is good for him."( Muslim)

May Allah reward you with goodness,
LinkOutside

PS. You are on our contact list and feel free to contact us for any of our services. Also we can always send bulk donations to the Islamic community, just have the Chaplain give you the information on how to do that or have him contact us directly. He can find us at LinkOutside.com.   Also unfortunately we do not respond to Jpay

Although our organization does not offer transitional services, we have a working relationship with The Golden Path transitional home in Los Angeles. They are a certified STOP Program Area 5 facility that is contracted through the Amity Foundation. The Golden Path is an Islamic-themed transitional home that can meet the needs and faith-based values of Muslims re-entering into society. You will still need to send a letter to the Golden Path to receive an acceptance letter from them before procuring housing: The Golden Path, 9827 La Salle Ave., Los Angeles, CA 90047. Phone number: 323-740-9525

Reminder about Remembrance of God

Shaykh Faisal Hamid Abdur Razak

What is the purpose of our lives? All of us, at some point or the other, have felt a sense of loss of self. To fall in and out of the flow; to lose sight of what we are most willing to put our effort in; to leave behind the joy of curiosity and the small awe of everyday living.

Almighty Allah (SWT), The Most Merciful, The Most Loving, Says in the Qur'an in Suratul Baqarah, ayah 152:

فَاذْكُرُوْنِیْۤ اَذْکُرْکُمْ وَاشْکُرُوْا لِیْ وَلَا تَكْفُرُوْن

"Remember Me and I will Remember you."

When life becomes distracting, Dhikr, or remembrance of Almighty Allah (SWT), allows us to stop in the little moments, to ponder the big moments. The mundane of life, and the ins-and-outs of our schedule, flusters us out of focus. But Dhikrullah, roots us in refocus. Especially in the purpose of our life.

Dhikr is a constant stream of connection and loving bond with your Lord, The Most Loving (SWT). It removes the rust that has stained our hearts, purifying in us a refreshed purpose, and shielding us from harmful distractions.

It is in this way that the Power of Dhikrullah and the Power of Mahabbah(love) within our lives are connected. If the purpose of life was captured in the small moments of awe and love, then all we need to do is pause and stand still, watch and listen and witness the Sublime in the world around us. This is from the teachings and best example of Sayyiduna Rasulullah ﷺ. And through this we can reclaim our purpose, and be present in the Presence of the Ever-Present (SWT)!

الَّذِينَ آمَنُواْ وَتَطْمَئِنُّ قُلُوبُهُم بِذِكْرِ اللّهِ أَلاَ بِذِكْرِ اللّهِ تَطْمَئِنُّ الْقُلُوبُ

"Verily, in the Remembrance of Allah do hearts find rest." -- Surah tul ar-Ra'd, ayah 28

We ask Almighty Allah (SWT) to Bring us to be Closer to Him, and to His Beloved ﷺ. We ask Almighty Allah (SWT) to Inspire within our lives love and an ever-present state of awe within His Signs. And we ask Almighty Allah (SWT) to Help us understand the honor and dignity of always remembering Him such that Almighty Allah (SWT) Will Always Remember us. Ameen.

PSS This is our introduction. If you are at a federal facility please keep in mind that you may have problems receiving our materials. Just confirm with the institution that you can receive our material with no problem inshAllah. Our materials are free of charge. Just write us back and confirm with us that you receive our introduction and that we can now send you material inshAllah.



# Islamic Book Catalog from Link Outside

*Please place a check mark by the title(s) you are interested in receiving.*
*All costs are provided free of charge by Link Outside. Please allow 2-4 weeks for delivery.*

☐ **The Quran**
Description: This is a translation of the Qur'an into the English language. The translator and edition sent out may vary.

*(Also available in Spanish upon request)*



☐ **Welcome to Islam: A Step-by-Step Guide for New Muslims**
Description: This book is a step-by-step guide to help people who have just accepted Islam. It teaches them the absolute basics of Islam that they should learn within their first month of being a Muslim. This work is not another introductory book on Islam but rather an instruction manual that allows you to start practicing what you learn immediately. It also contains valuable advice on some common challenges that new Muslims often face.

*(Also available in Spanish upon request)*



☐ **How to Pray: A Step-By-Step Guide to Prayer in Islam**
Description: There has been an urgent need for a simple and concise guide which teaches the basics of prayer for Muslims. This book has been designed for people who don't know how to pray yet or those who aren't sure whether they learned correctly or not.  In this book you will learn the prayers by reading clear and simple descriptions of what to do along with pictures to make sure you understood correctly. In addition, there is an entire chapter dedicated to learning the meanings behind each statement and action in the prayer.

*(Also available in Spanish upon request)*



☐ **Guide of the Believer: Purification and Prayer in Islam**
Description: This work presents the essential details of purification and prayer which should be known by every serious Muslim. Avoiding hypothetical and unlikely cases, it deals with issues that are likely to arise in the life of the average urban Muslim. Among the main features of this book is that it balances legal issues with healthy doses of spirituality and addresses contemporary issues such as wearing nail polish, holding a digital Qur'an without purifying, using hormones to delay menstruation, praying on an airplane, etc.



 **Link Outside**

❑ **Fortress of the Muslim: Invocations from the Qur'an & Sunnah**
Description: This useful pocketsize book is filled with authentic supplications a
Muslim can make throughout their day as well as those specific to special occasions.
Each invocation is written in Arabic, written phonetically in English letters, and
translated into English.



❑ **Inspired Wisdom: Teachings of the Prophet Muhammad** ✸
Description: This work consists of two hundred selected hadiths, or teachings of the
Prophet✸. These teachings are the second source, after the Qur'an, which define
what Islam is. Anyone who wants to properly understand the religion must know
what the Prophet✸ taught. There are many compilations of hadith. This collection is
authentic, easy to understand, and practical for everyday life.



❑ **Who is Muhammad** ✸
Description: This concise biography provides an inspiring introduction to the
exemplary personality of the Prophet✸ of Islam. It is directed towards Muslim and
non-Muslims alike in the English-speaking world. This succinct biography provides an
inspiring introduction to the exemplary personality of the Prophet ✸ of Islam and his
mission.



❑ **Gifts from Muhammad** ✸
Description: This is a short selection of the Prophet Muhammad's✸ teachings
arranged under forty topics – wonderful gifts of godliness and brotherhood, love and
peace, mercy and justice, kindness and fairness, generosity and forgiveness,
humility, and self-dignity.





**Link Outside**

☐ **Key to al-Fatihah**

Description: This book analyzes basic concepts contained in the keywords of Surah al-Fatihah, the opening chapter of the Qur'an. One cannot benefit and be inspired by the Qur'an unless the concepts are fully understood. Brief notes on the keywords will help to clarify and provide understanding about the dynamic ideas portrayed in the Qur'an. A commendable work, meeting the mindset and intellectual needs of the English-speaking generation of Muslims in the West.



☐ **Communicating with Allah: Rediscovering Prayer**

Description: This valuable work provides the answer to how we are to achieve the divine connection with God that prayer is supposed to be. The Prophet⬤ characterized prayer as "the spiritual ascent of the believer". The author casts a refreshing new perspective on prayer in the modern context with practical examples. The short chapters of this work are designed to be read and reread as constant reminders for us to renew our commitment to God in our prayer.



☐ **Secrets of Divine Love**

Description: Through the use of scientific evidence, practical exercises, and guided meditations, you will develop the tools and awareness needed to discern and overcome the negative inner critic that prevents you from experiencing God's all-encompassing love. The passages in this book serve as a compass and guiding light that returns you to the source of divine peace and surrender. Through the principles and practices of Islam, you will learn how to unlock your spiritual potential and unveil your divine purpose. This book uses a rational, yet heart-based approach towards the Qur'an that not only enlightens the mind, but inspires the soul towards deeper intimacy with God.



☐ **Islamic Belief: Al-'Aqidah at-Tahawiah**

Description: Imam Tahawi's al-Aqidah, a representative of the viewpoint of ahl-al-Sunnah wal-Jama'ah (those who adhere to the traditions and practices of the Prophet⬤ and who unite upon it), has long been the most widely acclaimed, and indeed indispensable, reference-work on Muslim beliefs. Being a text on Islamic doctrines, this work draws heavily on arguments set forth in the Holy Qur'an and Sunnah.





# Send completed form to:
# **Islamic Institute of Orange County**
# **c/o Link Outside**
# **1220 N. State College Blvd.**
# **Anaheim, CA 92806**

*All orders will be mailed through our organization.  Please contact us if your institution does not accept material received from religious institutions or if there is a maximum amount of items that can be received in each order.*

| Fill out your shipment return address: |
| --- |
|  |
|  |
|  |
|  |
|  |

| Fill out any special instructions or institution policies: |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |

Mr. Shnewer                October 5, 2022

RECEIVED

NOV - 8 2022

AT 8:30

Your insights are really good as to ways to correct your thinking and how to find solutions. I sometimes feel you are struggling with anxiety. Your list on page 20 has some great things listed that can help you with that. Continue your studies of the Quran and poetry. I love talking with the Inman about how he teaches others peace. He is a great mentor for you to talk to. Meditation is a wonderful way to center yourself. The Inman actually gave me tips on ways to stop my thoughts from racing at night and fall asleep easier.

Your input into group discussions is valuable and I encourage you to continue doing that. Your goals on page 30 are very important. Using your experiences to teach young people how to stay focused and work towards goals in invaluable to community building. #7 interests me and I would love to hear more about what you mean about that.

You exhibit strength and compassion and those are both important qualities. I encourage you to find a way to begin using those qualities in your current community. Find a purpose that will build your self-esteem and also help you develop skills that will benefit you when you go home and begin working with the youth in your community.

Keep up the good work. I am proud of the growth I see in you!

Mrs. Birk