Affadavit                                                                                      8/10/23

Re: Crim. No. 07-459 (RBK)

United States District Court For
The District of New Jersey
Camden Vicinage

I, Mohamad Shnewer swear under penalty of perjury the below is a true and correct statement.

I sent the court a "Reply Motion to the Governments' Response Motion" on or about 3-12-23 – 3/20/23. I placed the above motion in the United States mailbox at USP Terre Haute, IN for mailing postage prepaid to the Court and to the United States Attorneys office.

8/10/23

RECEIVED
AUG 17 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Sincerely,

Mohamed Shnewer
61283066
USP Terre Haute
Po Box 33
Terre Haute, IN 47808

Mohamed Shnewer
61283066
USP Terre Haute
Po Box 33
Terre Haute, IN 47808

RECEIVED
AUG 17 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ



Clerk, United States District Court
P.O. Box 2797
Camden, NJ 08101

081012797 B030