Mohamad Ibrahim Shnewer
#61283-066
USP Terre Haute
PO Box 33
Terre Haute, IN 47808

U.S. District Court
Vicinage of Camden, NJ
Office of the Clerk
PO Box 2797
Camden, NJ 08101

RECEIVED

DEC 26 2023

AT 8:30 _____M
CLERK, U.S. DISTRICT COURT - DNJ

Re: USA v. Mohamad Ibrahim Shnewer, Case No. 1:07-cr-00459-RBK-1

Honorable Judge Robert B. Kugler:

I am writing you to present and bring you up to speed on my rehabilitation and goal(s) setting plans. My purpose in writing to the Court is to demonstrate that I am not the same man I was at the time of sentencing, almost 17 years ago. (See Life Goals attachment)

Judge Kugler, after sentencing, and during the imprisonment of my current term, there were many times I have struggled mentally to figure out the direction of my future. Facing the possibility of spending the rest of my life and dying in prison are a sobering, and depressive thought. It was tough to want to rehabilitate myself through programming and religion.

It was during these early years of imprisonment and hopelessness that I incurred some disciplinary infractions. As I reflect back in hindsight and introspection on where my mentality was, and where I stand today, I do recognize my irrational thoughts and thinking errors.

As the Court can discern by my attached and continued rehabilitation and goal setting plans, I am inspired not just by my willingness to want to live and have a better outlook on life, but equally to aspire to become a better man for my family and communities.

The Life Connections Program (LCP), in which I started during the COVID-19 institutional lockdowns, taught me the value and importance of goal setting, remaining focused, and working towards the future I've envisioned for not just myself, but my family. As I complete one goal, I set another, use the tools, and foundation I've learned through the LCP programming and curriculum to complete these goals. As the court can view, I successfully graduated the LCP in September 2023.

(1)

In conjunction with LCP graduation, I'm awaiting transfer to a lower custody facility, (FCI Fairton, NJ) in or after February 2024. Upon transfer, I'll be able to visit with my family more often, and continue First Step Act approved Evidence Based Reduction in Recidivism programs, two goals I set for myself, that I'll accomplish. See Goals attachment.

Your Honor, some of the most impactful classes and components of the LCP for myself were: (1) the mentor relationships from outside volunteers, (2) the Victim Impact Seminars, related workbooks and classes, (3) the Ripple effect that I had and it's perpetuation on my family, and communities from my offenses, and finally (4) my renewed faith and connection with my religious tenants.

The mentors helped myself understand the importance of family, and doing my part, through constant effort to stay connected, and to build healthy relationships. This is evident by the numerous visits from family, emails and phone calls. The LCP's requirement that you give your community - at a minimum 500 hours of community service, it humbled myself to reach out and volunteer within my community, and without a doubt I received more than I gave. This community service performance made me realize the importance of giving back to my communities - upon successful re-entry or release.

I have solid family support, and all members are willing participants in my re-entry plans, and my support system, if granted release.

In closing, I understand that the odds are against me upon release, and I will have to work 10 times as hard to prove myself to my family, communities, and society, but I assure the Court I'm confident in myself, abilities, and support system. My goals are realistic and attainable, in here and outside. As I've stated, I owe it to myself to be a better man, and will stay focused on this lifelong task. I can and will earn the trust I lost, due to my crimes.

Thank you - your Honor for taking the time to read the enclosures, and I pray you view myself as someone who has, and continues to rehabilitate and reform himself.

Sincerely,

Mr. Mohamad Ibraham Shnewer

cc: file

(2)

[Mohamad Ibraham Shnewer's Life Goals]

## Long Term Goals

- Be released from prison, remain in society and be an active member of my communities.
- Reach financial independence and purchase a home.
- Be present for my family upon reuniting.
- Assist my sister with her kids and their respective affairs.
- Publish my book of poetry.
- Obtain my Drivers License.
- Obtain a certificate in order to drive a taxi.
- Drive a taxi to earn a living while or until I find better employment.
- Open an art gallery in the city of Philadelphia, PA.
- Find a wife to marry.
- Start a family of my own.
- Remain a life long learner and focus on self-improvement.

## Mid-Term Goals

- Transfer to F.C.I. Fairton, N.J. in 2024 as part of the Life Connections Program's (LCP) initiative success for graduating the program - for continued programming in Evidence Based Recidivism Reduction (EBRR) classes.
- Find a college to enroll in through correspondence courses, earn a degree in Business, first an Associates, then a Bachelor's degree majoring in Business, minoring in Psychology, using the Pell Grant.
- Continual enrollment in self-improvement programs.
- Get transferred to a BOP institution in order to be close to my family, so I can get to know my nieces and nephews.
- Being present in my nieces and nephews lives as a father figure, as there is not one presently. Lead by example.
- Continue this family bond connection (nieces/nephews) we've established through visitation.
- Establish contact within my church and other communities through outreach programs, so as to share my testimony and hope, to prevent others from making the mistakes I've made.
- Home Plans:
    - Either rent an apartment in a nice neighborhood upon release near family for support, or live with a family member.
- Employment Plans:
    - See Long Term Goals section, supra.

(1)

## Short Term Goals

### All Completed by 09/2023

- Graduated LCP
- Acquire Resource Packet
- Complete a Job Resume & Cover Letter
- Re-Entry Goals
- Completed & Practice Elevator Speech
- Continuing Education Plan
- Complete Resume & Interviewing Class
- Re-Entry Budget
- Re-Entry Simulation
- Complete Mock Job Fair
- Complete Transitional Issues Class
- Leadership Class
- Inside Out Dads Class
- Family Life Class
- Following Your Moral Compass Class
- Truthought: Staying on Track Class
- Conflict Management Class
- Truthought: Just Thinking Class
- Obligation to Right the Wrong Class
- Managing Emotions Class
- Tackling the Tactics Class
- Senior Addiction Recovery Class
- Religious Tolerance Class
- Addiction Recovery Class
- Spirituality Class
- Addiction Recovery 1 Class
- Faith Specific Grounding Class
- Daily Journaling 3 Class
- Building Blocks to a Healthy Community Class
- Offender Workforce Development Class
- Victim Panel Seminar
- Intensive Journaling 2
- Intensive Journaling 1
- Interfaith Cooperation Seminar/Class
- Financial Planning Class
- Listen to Learn: Victim Impact Seminar
- Community Building Class
- Comfort Zone Retreat Class
- Orientation Class

(2)

Mohamad I. Shnewer
#61283-066
USP Terre Haute
PO Box 33
Terre Haute, IN 47808

12/26/2023

Norman Gross
Assistant United States Attorney
Mitchell H. Cohen U.S. Courthouse
401 Market Street 4th Floor
Camden, NJ 08101

RE: <u>U.S.A. v. M. I. Shnewer, Case No.          1:07-cr-00459-RBK-1</u>
<u>Compassionate Release Motion</u>

Dear AUSA Gross:

This letter is in reference to the above subject matter.

I'm refiling a new Motion for Compassionate Release in 2024, and would request that your office, or more specifically you advocate either for my release, or a reduction in sentence, and/or if allowed per your office's policy, not contest my motion.

My motion will include new grounds for relief and hopefully answers a lot of your prior responses. Thank you.

Sincerely,

*[signature]*

Mr. Mohamad Ibrahim Shnewer
Pro Se

11/30/23

Assalamu Alaikum Wa Rahmatu Allah (Peace be upon you and the Mercy of Allah).

In the name of Allah must Merciful Most Gracious I'll begin, for God knows that we need more mercy to be spread among each other. Thank each and everyone of you for attending, may Allah bless this gathering and show us the blessed fruits. My name is Mohamad Ibrahim Shnewer. I'm the son of Palestinian refugees, who was born in Amman Jordan and has grown up mostly in the States, namely Pennsylvania and New Jersey.

I come to you with this initiative after seeing the horrific events taking place in Gaza, Israel and the backlash internationally and namely events in the local area.

We here in the United States need to respect one another, respect one another's views, respect one another's safety and property. We must be able to voice our grievances and views without fear from one another, nor harming anyone or their property in expressing these views.

I know the pain of loss in conflict and how tempers are during these troubling times, it's normal to feel anger, hurt, frustration and so on, but more importantly is how we channel these feelings. I feel through open, honest dialogue, where we voice our grievances to each others on all sides, we can see the humanity in each other. Once we have the grievances out in the open we can move towards looking for common ground, and work with each other towards looking for a solution.

I see us as being a think tank, an example of cooperation, a beacon of light in these dark times. I hope that this comes to a great success and we can network with like minded groups and committees like the one shown on NBC Nightly News on 11/24/23 in Dartmouth University in Hanover, New Hampshire.

Hopefully through out efforts we'll stop seeing confrontations between Palestinian supporters and Israeli supporters, vandalism, or any other type of violence. We need to both the Muslim and Jewish communities come out together and strongly condemn Anti-Semitism as well as Islamophobia. We need to stand together as neighbors and brothers in seeking a lasting just solution to our problem of conflict. I know that I along with my family will not have safety and peace of mind until you my neighbor has the same, and you my brother goes the same equation.

To all of you may Allah help and guidance be with you. I pray for your success and please feel free to ask questions, and get back to me with any feedback.

Your Brother,

Mohamad Ibrahim Shnewer #61283066
USP Terre Haute
PO Box 33
Terre Haute, IN 47808

## My Vision

I see the future of Palestine as such:

I see a sovereign Palestinian state with borders living peacefully side by side with our Israeli neighbors. The borders open for free movement and trade between communities. For us to prosper our Israeli neighbors must prosper, for us to have security our Israeli brothers have to have security, for us to have peace of mind in our community, our neighboring Israeli community must have peace of mind. There is absolutely no other equation that will work, no matter how much military might one side might have, this is the only equation that equates.

With that being said the International community has to pressure and facilitate all sides, and from all spectrums of the equation to sit and negotiate a just and viable compromise. And that's exactly what needs to happen, courageous men and women from both sides will have to make some difficult decisions and compromises.

Some examples of compromise will be, the settlements in the West Bank. We cannot start a peaceful process by displacing thousands of Israeli families. Instead they will be Israeli-Palestinian citizens, the walls, fences, borders will be removed and their security will be our responsibility. They will be our brothers and sisters and we'll make every effort to ensure they know this in their hearts and minds by our actions before our words.

Another compromise we will allow for International peace keepers and observors to monitor and report the situation on the ground.

The so-called "extremist groups," whether they Israeli "far right," or "Hamas" and "Islamic Jihad" need to be part & included into the process. If we don't include them into the process or try to drown out their voices, they will certainly become spoilers of this process and surely they'll make every effort to derail any forward progress. So we have to convince them to join this blessed effort.

While these or other compromises come to fruition any spoilers need to be dealt with swiftly and transparently by the government that governs that population. There can't be any room to even insinuate double standards, the consequences are too dire. The Palestinian refugees need to be paid reparations, and they must be allowed to return. The Israelis that were victims in any way need to be paid reparations, and both sides need to work on making these victims feel whole and help heal them. There is absolutely no better way for healing than a process close to what I laid out.

Blood will only beget blood, whereas healing will only beget healing. Wa Billahi-Tawfik! And with Allah's aid we'll have success.

Thank you for reflecting with me on this vision, dream, and my ambition that I will push forward with every fiber I have in my body. This is what I live for, this is my purpose.

Sincerely,

Mohamad I. Shnewer

Mohamed Shnewer
61283066
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

U.S. District Court
Vicinage of Camden, N.J.
Office of the Clerk
PO Box 2797
Camden, N.J. 08101

RECEIVED
DEC 26 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

RECEIVED
DEC 26 2023
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ